# EXHIBIT A

# DSTLRY Media

| STOCK CODE | DESC-1 | VENDOR NO. | VENDOR NAME | CATEGORY | CATEGORY DESCRIPTION | SUM OF ON HAND QTY |
|---|---|---|---|---|---|---|
| STL339111 | LIFE #1 2ND PTG ZEZELJ (MR) | 3684 | DSTLRY MEDIA | 1 | COMICS | 2,880 |
| STL355665 | CITY BENEATH HER FEET #1 3RD P | 3684 | DSTLRY MEDIA | 1 | COMICS | 2,184 |
| STL323114 | WHITE BOAT #1 CONVENTION EXCLU | 3684 | DSTLRY MEDIA | 1 | COMICS | 1,889 |
| STL339112 | LIFE #1 3RD PTG JOCK (MR) | 3684 | DSTLRY MEDIA | 1 | COMICS | 1,047 |
| STL338024 | WHITE BOAT #2 CVR F BARRETT | 3684 | DSTLRY MEDIA | 1 | COMICS | 920 |
| STL320521 | SPECTREGRAPH HC (MR) (C: 0-1-2 | 3684 | DSTLRY MEDIA | 3 | BOOKS - GRAPHIC NOVELS | 817 |
| STL315579 | WHITE BOAT #2 CVR B FRANCAVILL | 3684 | DSTLRY MEDIA | 1 | COMICS | 785 |
| STL356820 | YOU WONT FEEL A THING #1 2ND P | 3684 | DSTLRY MEDIA | 1 | COMICS | 713 |
| STL343263 | TIME WAITS HC (C: 0-1-2) | 3684 | DSTLRY MEDIA | 3 | BOOKS - GRAPHIC NOVELS | 545 |
| STL342273 | DSTLRY THE NEXT BATCH SUMMER 2 | 3684 | DSTLRY MEDIA | 13 | RETAILERS SALES TOOLS | 515 |
| STL338689 | TIME WAITS #1 CVR G BLANK SKET | 3684 | DSTLRY MEDIA | 1 | COMICS | 472 |
| STL315587 | ONE FOR SORROW #1 CVR D 25 COP | 3684 | DSTLRY MEDIA | 1 | COMICS | 420 |
| STL342272 | MISSIONARY #1 CVR H RED LABEL | 3684 | DSTLRY MEDIA | 1 | COMICS | 406 |
| STL315586 | ONE FOR SORROW #1 CVR C 10 COP | 3684 | DSTLRY MEDIA | 1 | COMICS | 405 |
| STL318044 | BIG BURN #1 CVR B LOTAY | 3684 | DSTLRY MEDIA | 1 | COMICS | 398 |
| STL331565 | BIG BURN #1 CVR F LEE | 3684 | DSTLRY MEDIA | 1 | COMICS | 353 |
| STL349017 | COME FIND ME AN AUTUMNAL OFFER | 3684 | DSTLRY MEDIA | 1 | COMICS | 302 |
| STL328320 | LIFE #1 CVR B JOCK (MR) | 3684 | DSTLRY MEDIA | 1 | COMICS | 277 |
| STL328317 | SOMNA COVER GALLERY ONE-SHOT ( | 3684 | DSTLRY MEDIA | 1 | COMICS | 264 |
| STL313758 | SPRING FORWARD PROMO POSTER (N | 3684 | DSTLRY MEDIA | 13 | RETAILERS SALES TOOLS | 246 |
| STL343441 | YOU WONT FEEL A THING CITY BEN | 3684 | DSTLRY MEDIA | 13 | RETAILERS SALES TOOLS | 228 |
| STL346019 | LIFE #4 CVR A ZEZELJ (MR) | 3684 | DSTLRY MEDIA | 1 | COMICS | 211 |
| STL308284 | WHITE BOAT #1 CVR A FRANCAVILL | 3684 | DSTLRY MEDIA | 1 | COMICS | 209 |
| STL287921 | GONE #1 CVR C 10 COPY INCV JON | 3684 | DSTLRY MEDIA | 1 | COMICS | 176 |
| STL346134 | LIFE #2 CVR F PANOSIAN UNDRESS | 3684 | DSTLRY MEDIA | 1 | COMICS | 127 |
| STL332097 | DSTLRY BOLLOCKS STANDEE (C: 0- | 3684 | DSTLRY MEDIA | 13 | RETAILERS SALES TOOLS | 113 |
| STL318053 | BLOOD BROTHERS MOTHER #2 CVR A | 3684 | DSTLRY MEDIA | 1 | COMICS | 112 |
| STL337448 | COME FIND ME AN AUTUMNAL OFFER | 3684 | DSTLRY MEDIA | 1 | COMICS | 107 |
| STL341335 | BIG BURN #3 CVR A GARBETT | 3684 | DSTLRY MEDIA | 1 | COMICS | 102 |
| STL326738 | MOMINU X JUNKO MIZUNO VINYL FI | 3684 | DSTLRY MEDIA | 10 | TOYS & MODELS | 100 |
| STL347628 | YOU WONT FEEL A THING & CITY B | 3684 | DSTLRY MEDIA | 1 | COMICS | 98 |
| STL328392 | BLASFAMOUS HC DM EXC (MR) (C: | 3684 | DSTLRY MEDIA | 3 | BOOKS - GRAPHIC NOVELS | 89 |
| STL328333 | TIME WAITS #1 CVR B PHILLIPS | 3684 | DSTLRY MEDIA | 1 | COMICS | 86 |
| STL328316 | GONE COVER GALLERY ONE-SHOT (M | 3684 | DSTLRY MEDIA | 1 | COMICS | 75 |
| STL346044 | THROUGH THE BOUGHS YULETIDE OF | 3684 | DSTLRY MEDIA | 1 | COMICS | 72 |
| STL328339 | TIME WAITS #1 CVR C 10 COPY IN | 3684 | DSTLRY MEDIA | 1 | COMICS | 71 |
| STL331570 | MOMINU X SOMNA VINYL FIGURE (C | 3684 | DSTLRY MEDIA | 10 | TOYS & MODELS | 63 |
| STL308286 | WHITE BOAT #1 CVR C 10 COPY IN | 3684 | DSTLRY MEDIA | 1 | COMICS | 62 |
| STL290707 | SOMNA #1 CVR A CLOONAN (MR) | 3684 | DSTLRY MEDIA | 1 | COMICS | 60 |
| STL328388 | DEVILS CUT HC (MR) (C: 0-1-2) | 3684 | DSTLRY MEDIA | 3 | BOOKS - GRAPHIC NOVELS | 57 |
| STL308285 | WHITE BOAT #1 CVR B JONES (MR) | 3684 | DSTLRY MEDIA | 1 | COMICS | 50 |
| STL341343 | SPECTREGRAPH #4 CVR A WARD (MR | 3684 | DSTLRY MEDIA | 1 | COMICS | 46 |
| STL341313 | CITY BENEATH HER FEET #1 CVR A | 3684 | DSTLRY MEDIA | 1 | COMICS | 45 |
| STL328369 | TIME WAITS #1 CVR D 25 COPY IN | 3684 | DSTLRY MEDIA | 1 | COMICS | 45 |
| STL359923 | TIME WAITS HC INDIGO EXC VAR ( | 3684 | DSTLRY MEDIA | 3 | BOOKS - GRAPHIC NOVELS | 42 |
| STL341324 | WARM FUSION #1 CVR A PONTICELL | 3684 | DSTLRY MEDIA | 1 | COMICS | 41 |
| STL315133 | WHITE BOAT #1 CVR F STEGMAN (M | 3684 | DSTLRY MEDIA | 1 | COMICS | 41 |
| STL350652 | WARM FUSION #2 CVR B PONTICELL | 3684 | DSTLRY MEDIA | 1 | COMICS | 39 |

56218755.1 09/08/2025

| STOCK CODE | DESC-1 | VENDOR NO. | VENDOR NAME | CATEGORY | CATEGORY DESCRIPTION | SUM OF ON HAND QTY |
|---|---|---|---|---|---|---|
| STL307993 | SPECTREGRAPH #1 CVR A WARD (MR | 3684 | DSTLRY MEDIA | 1 | COMICS | 34 |
| STL328371 | TIME WAITS #1 CVR E 50 COPY IN | 3684 | DSTLRY MEDIA | 1 | COMICS | 32 |
| STL337645 | MISSIONARY #2 CVR A HOWARD (MR | 3684 | DSTLRY MEDIA | 1 | COMICS | 30 |
| STL301992 | SOMNA HC (MR) (C: 0-1-2) | 3684 | DSTLRY MEDIA | 3 | BOOKS - GRAPHIC NOVELS | 27 |
| STL279788 | DEVILS CUT ONE SHOT CVR C 10 C | 3684 | DSTLRY MEDIA | 1 | COMICS | 23 |
| STL346037 | SPECTREGRAPH HC DM EXC (MR) (C | 3684 | DSTLRY MEDIA | 3 | BOOKS - GRAPHIC NOVELS | 22 |
| STL328331 | TIME WAITS #1 CVR A TO | 3684 | DSTLRY MEDIA | 1 | COMICS | 19 |
| STL315584 | ONE FOR SORROW #1 CVR A MCKELV | 3684 | DSTLRY MEDIA | 1 | COMICS | 17 |
| STL301991 | GONE HC (MR) (C: 0-1-2) | 3684 | DSTLRY MEDIA | 3 | BOOKS - GRAPHIC NOVELS | 17 |
| STL346024 | TIME WAITS #3 CVR A TO | 3684 | DSTLRY MEDIA | 1 | COMICS | 17 |
| STL306619 | BLASFAMOUS #1 FORBIDDEN PLANET | 3684 | DSTLRY MEDIA | 1 | COMICS | 16 |
| STL297255 | GONE #1 FORBIDDEN PLANET EXC V | 3684 | DSTLRY MEDIA | 1 | COMICS | 15 |
| STL307155 | BLASFAMOUS HC (MR) (C: 0-1-2) | 3684 | DSTLRY MEDIA | 3 | BOOKS - GRAPHIC NOVELS | 13 |
| STL350651 | WARM FUSION #2 CVR A PONTICELL | 3684 | DSTLRY MEDIA | 1 | COMICS | 12 |
| STL308287 | WHITE BOAT #1 CVR D 25 COPY IN | 3684 | DSTLRY MEDIA | 1 | COMICS | 11 |
| STL322751 | DSTLRY SPRING FORWARD POSTER S | 3684 | DSTLRY MEDIA | 13 | RETAILERS SALES TOOLS | 11 |
| STL322121 | WHITE BOAT #1 CVR G BLANK SKET | 3684 | DSTLRY MEDIA | 1 | COMICS | 11 |
| STL339240 | DEVILS CUT HC BOOK MARKET ED | 3684 | DSTLRY MEDIA | 3 | BOOKS - GRAPHIC NOVELS | 8 |
| STL346020 | LIFE #4 CVR B RICCARDI (MR) | 3684 | DSTLRY MEDIA | 1 | COMICS | 7 |
| STL337646 | MISSIONARY #2 CVR B STEGMAN (M | 3684 | DSTLRY MEDIA | 1 | COMICS | 6 |
| STL279789 | DEVILS CUT ONE SHOT CVR D 25 C | 3684 | DSTLRY MEDIA | 1 | COMICS | 5 |
| STL328394 | SOMNA UNVEIL THE SHADOWS CARD | 3684 | DSTLRY MEDIA | 5 | GAMES | 3 |
| STL341337 | BIG BURN #3 CVR C 10 COPY INCV | 3684 | DSTLRY MEDIA | 1 | COMICS | 3 |
| STL360992 | MISSIONARY #2 CVR F RED LABEL | 3684 | DSTLRY MEDIA | 1 | COMICS | 2 |
| STL354886 | YOU WONT FEEL A THING #1 CVR X | 3684 | DSTLRY MEDIA | 1 | COMICS | 1 |
| STL352061 | WARM FUSION #1 CVR F LOTAY (MR | 3684 | DSTLRY MEDIA | 1 | COMICS | 1 |
| STL337649 | MISSIONARY #2 CVR E PITARRA (M | 3684 | DSTLRY MEDIA | 1 | COMICS | 1 |

56218755.1 09/08/2025